Argued and submitted June 18, appeal dismissed August 4, 1980

SCHILLER, et ux,
*Appellants,*
*v.*
GILES,
*Respondent.*

(No. L78-0864, CA 16109)

614 P2d 151

Dean Heiling, Roseburg, argued the cause for appellants. With him on the briefs was Heiling & McIntosh, Roseburg.

Jeffrey Pugh, Roseburg, argued the cause for respondent. With him on the brief was Neuner, Dole, Caley & Kolberg, Roseburg.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

During the arguments in this case we were made aware that after the allowance of defendant Giles' summary judgment on plaintiffs' amended complaint, there remained pending Giles' counterclaim for breach of contract and tort, as well as plaintiffs' action against the co-defendant and his counterclaims against them. There was neither a final order under ORS 19.010 nor an order permitting an interlocutory appeal under ORS 18.125(1).

Appeal dismissed.